# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**279**
**CA 15-00761**

PRESENT: WHALEN, P.J., CENTRA, CARNI, DEJOSEPH, AND TROUTMAN, JJ.

---

SHARON JORDAN-PARKER AND CLARK PARKER,
PLAINTIFFS-APPELLANTS,

V                                                    MEMORANDUM AND ORDER

CITY OF BUFFALO, DEFENDANT-RESPONDENT,
ET AL., DEFENDANTS.
(APPEAL NO. 3.)

---

LAW OFFICES OF EUGENE C. TENNEY, PLLC, BUFFALO (NATHAN C. DOCTOR OF COUNSEL), FOR PLAINTIFFS-APPELLANTS.

CARTAFALSA, SLATTERY, TURPIN & LENOFF, BUFFALO (PATRICIA A. HUGHES OF COUNSEL), FOR DEFENDANT-RESPONDENT.

---

Appeal from an order of the Supreme Court, Erie County (Frederick J. Marshall, J.), entered March 11, 2015. The order granted the motion of defendant City of Buffalo for summary judgment.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Jordan-Parker v City of Buffalo* ([appeal No. 1] ___ AD3d ___ [Mar. 25, 2016]).

Entered: March 25, 2016                        Frances E. Cafarell
                                               Clerk of the Court